RICHARD A. CLINCHY, Respondent, *v.* GRANDVIEW DAIRY, INC., Appellant.

Submitted March 4, 1942; decided April 16, 1942.

*Benjamin L. Tell* for appellant.

*Fred Flatow, Henry H. Abramowitz* and *Hyman L. Kones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: LOUGHRAN and CONWAY, JJ.